■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SADOWY et al., Appellants.— Motion by appellants for reargument and for other relief. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY W. SEBY and FRANK MOSCATO, Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 9, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HEUBERTO PEREZ ZAYAS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Irwin Gray, Esq., 58 No. Main St., Spring Valley, N. Y., having consented to serve without compensation, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARDNER WARE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to prosecute appeal as a poor person, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's and respondent's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The parties are directed to file six copies of their typewritten briefs and to serve one copy on each other. Appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Emery J. Hey, Esq., Fishkill, N. Y., is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ RAND UNIFORM SUPPLY Co., INC., Appellant, v. B. CORRIGAN, Doing Business as CORRIGAN'S GROCERY STORE, Respondent. (And Five Other Actions.) — Motion by defendants for leave to appeal to this court from a determination of the Appellate Term. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.